IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| **OTIS MILLS, JR.,** | : | Case No. **18-21445-JAD** |
| *Debtor* | : | |
| | : | Related to Doc. Nos. 38 |
| **OTIS MILLS, JR.,** | : | and 40 |
| *Movant,* | : | |
| vs | : | |
| | : | |
| **No Respondent,** | : | |
| | : | |

# CERTIFICATE OF SERVICE

I, MICHAEL S. GEISLER, ESQUIRE, Attorney for the Debtor, hereby certify that I have served a true and correct copy of the within Amended Schedule A, B, C, I and J and Order upon the following by First Class Mail, postage prepaid unless otherwise indicated below:

RONDA J. WINNECOUR, TRUSTEE           (BY ELECTRONIC MEANS)
3250 US Steel Tower
Pittsburgh, PA 15219

OFFICE OF THE U.S. TRUSTEE            (BY ELECTRONIC MEANS)
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Borough of Turtle Creek
125 Monroeville Avenue
Turtle Creek, PA 15145

County of Allegheny and
Woodland Hills School District
c/o Goehring, Rutter & Boehm
14th Floor, Frick Building
Pittsburgh, PA 15219

Duquesne Light Company
c/o Keri P. Ebeck, Esquire
Bernstein-Burkley, P.C.
Suite 2200, Gulf Tower
Pittsburgh, PA 15219-1900

Gateway SD
9000 Gateway Campus Blvd.
Monroeville, PA 15146

Home Depot
P.O. Box 78075
Phoenix, AZ 85062-8075

Lawrence G. Paladin, Jr., Esquire
Paladin Law Offices
15 Duff Road , Suite 6C
Pittsburgh, PA 15235-3066

Monroeville Municipal Authority
219 Speelman Lane
Monroeville, PA 15146

Municpality of Monroeville
2700 Monroeville Blvd.
Monroeville, PA 15146

Ocwen Loan Servicing, LLC
1661 Worthington Road
West Palm Beach, FL 33409-6493

Penn Hills Municipality and
Penn Hills School District
c/o Jennifer L. Cerce, Esquire
Maiello Brungo & Maiello
Southside Works
424 S. 27th Street, Ste 210
Pittsburgh, PA 15203

Penn Pioneer Enterprises, LLC
422 Cavitt Avenue
Trafford, PA 15085

Peoples Natural Gas Company, LLC
c/o S. James Wallace, Esquire
845 N. Lincoln Avenue
Pittsburgh, PA 15233

Portfolio Recovery Associates, LLC
P.O. Box 12914
Norfolk VA 23541

Sams Club Credit Card
P.O. Box 965004
Orlando, FL 32896-5004

Sears/CBNA
P.O. Box 6283
Sioux Falls, SD 57117

The Bank of New York Mellon, et al.
c/o Ocwen Loan Servicing, LLC
Attn: Bankruptcy Dept.
P.O. Box 24605
West Palm Beach, FL 33416-4605

Thomas Song, Esquire
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard
Suite 1400
Philadelphia, PA 19103

Verizon
by American InfoSource LP as agent
P.O. Box 248838
Oklahoma City, OK 73124-8838

Wells Fargo Bank, N.A.
Default Document Processing
MAC# N9286-01Y
1000 Blue Gentian Road
Eagan MN 55121-7700

Wells Fargo Bank, N.A.
Customer Service Correspondence
P.O. Box 10335
MAC: X2302-017
Des Moines, IA 50306

DATED: 6/26/2018

/s/ Michael S. Geisler
_____
**MICHAEL S. GEISLER, ESQUIRE**
Pa. I.D. No. 39414
Attorney for Debtor


201 Penn Center Blvd., Suite 524
Pittsburgh, PA 15235
Tele: (412) 613-2133
E-mail: m.s.geisler@att.net