# Notice Recipients

| District/Off: 0315−2 | User: nsha | Date Created: 8/28/2019 |
|---|---|---|
| Case: 18−21445−JAD | Form ID: rsc | Total: 45 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr          WELLS FARGO BANK, N.A.
cr          THE BANK OF NEW YORK MELLON ET. AL.
                                                                                                    TOTAL: 2

**Recipients of Notice of Electronic Filing:**
ust         Office of the United States Trustee        ustpregion03.pi.ecf@usdoj.gov
tr          Rosemary C. Crawford        crawfordmcdonald@aol.com
aty         Jeffrey R. Hunt         jhunt@grblaw.com
aty         Jennifer L. Cerce       jlc@mbm−law.net
aty         Keri P. Ebeck           kebeck@bernsteinlaw.com
aty         Lawrence G. Paladin, Jr.        lpaladin@PaladinLawOffices.com
aty         Michael S. Geisler      m.s.geisler@att.net
aty         Rosemary C. Crawford        crawfordmcdonald@aol.com
aty         Thomas Song             pawb@fedphe.com
                                                                                                    TOTAL: 9

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Otis Mills, Jr.         2361 Haymaker Road          Monroeville, PA 15146
cr          PRA Receivables Management, LLC         PO Box 41021        Norfolk, VA 23541
cr          Duquesne Light Company          c/o Bernstein−Burkley, P.C.         707 Grant Street, Suite 2200, Gulf Tower            Pittsburgh, PA 15219
cr          Penn Hills School District and Municipality of Penn Hills           Tax Division        c/o Maiello, Brungo & Maiello, LLP          Foxpointe II         100 Purity Rd, Ste. 3           Pittsburgh, PA 15235
cr          Penn Pioneer Enterprises, LLC           c/o Paladin Law Offices, PC         15 Duff Road #6C            Pittsburgh, PA 15235
cr          County of Allegheny         Goehring, Rutter, and Boehm         437 Grant Street, 14th Floor            Frick Building          Pittsburgh, PA 15219 UNITED STATES OF AMERICA
cr          Woodland Hills School District          Goehring, Rutter, and Boehm         437 Grant Street, 14th Floor            Frick Building          Pittsburgh, PA 15219 UNITED STATES
smg         Pennsylvania Dept. of Revenue           Department 280946           P.O. Box 280946         ATTN: BANKRUPTCY DIVISION           Harrisburg, PA 17128−0946
14829125    Borough of Turtle Creek         125 Monroeville Avenue          Turtle Creek, PA 15145
14925249    County of Allegheny         Goehring, Rutter & Boehm            c/o Jeffrey R. Hunt, Esquire        437 Grant Street, 14th Floor            Frick Building          Pittsburgh, PA 15219
14829126    County of Allegheny         c/o Goehring, Rutter & Boehm        14th Floor, Frick Building          Pittsburgh, PA 15219
14829127    Duquesne Light Company          c/o Keri P. Ebeck, Esquire          Bernstein−Burkley, P.C.         Pittsburgh, PA 15219−1900
14829128    Gateway SD          9000 Gateway Camopus Blvd.          Monroeville, PA 15146
14860210    Home Depot          P.O. Box 78075         Phoenix, AZ 85062−8075
15100317    Midland Funding LLC         PO Box 2011         Warren, MI 48090
14829129    Monroeville Municipal Authority         219 Speelman Lane           Monroeville, PA 15146
14829130    Municpality of Monroeville          2700 Monroeville Blvd.          Monroeville, PA 15146
14810704    Ocwen Loan Servicing, LLC           1661 Worthington Road           West Palm Beach, FL 33409−6493
14811426    PRA Receivables Management, LLC         PO Box 41021        Norfolk, VA 23541
14828039    Penn Hills Municipality         c/o Maiello Brungo & Maiello, LLP          100 Purity Road, Suite 3        Pittsburgh, PA 15235
14829131    Penn Hills SD/ Mun. of Penn Hills          c/o Maiello, Brungo & Maiello, LLP         100 Purity Road, Suite 3           Pittsburgh, PA 15235
14828038    Penn Hills School District          c/o Maiello Brungo & Maiello, LLP          100 Purity Road, Suite 3        Pittsburgh, PA 15235
14810705    Penn Pioneer Enterprises, LLC          422 Cavitt Avenue          Trafford, PA 15085
14829132    Peoples Natural Gas Company, LLC           c/o S. James Wallace, Esquire       845 N. Lincoln Avenue           Pittsburgh, PA 15233
14852417    Portfolio Recovery Associates, LLC          POB 12914           Norfolk VA 23541
14860211    Sams Club Credit Card           P.O. Box 965004         Orlando, FL 32896−5004
14860212    Sears/CBNA          P.O. Box 6283           Sioux Falls, SD 57117
14869474    The Bank of New York Mellon, Et. Al.            OCWEN LOAN SERVICING, LLC          Attn: Bankruptcy Department         P.O. BOX 24605          WEST PALM BEACH FL 33416−4605
14963371    Turtle Creek Council of Governments            C/O Borough of Turtle Creek         125 Monroeville Avenue          Turtle Creek, PA 15145
14861469    Verizon         by American InfoSource LP as agent          PO Box 248838          Oklahoma City, OK 73124−8838
14810706    Wells Fargo Bank, N.A.          Customer Service Correspondence         PO Box 10335        MAC: X2302−017          Des Moines, IA 50306
14829872    Wells Fargo Bank, N.A.          Default Document Processing         MAC# N9286−01Y          1000 Blue Gentian Road          Eagan MN 55121−7700

14925250    Woodland Hills School District    Goehring, Rutter & Boehm    c/o Jeffrey R. Hunt, Esquire    437 Grant Street, 14th Floor    Frick Building    Pittsburgh, PA 15219

14829133    Woodland Hills School District    c/o Goehring, Rutter & Boehm    14th Floor, Frick Building    Pittsburgh, PA 15219

TOTAL: 34