**Form RSC**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 7
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 18–21445–JAD**
Date Converted:

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
 Otis Mills Jr.
 2361 Haymaker Road
 Monroeville, PA 15146

Social Security No.:
 xxx–xx–6279

Employer's Tax I.D. No.:

NAME/ADDRESS OF ATTORNEY FOR DEBTOR
Michael S. Geisler
201 Penn Center Blvd., Suite 524
Pittsburgh, PA 15235
Telephone number: 412–613–2133

NAME/ADDRESS OF TRUSTEE
Rosemary C. Crawford
Crawford McDonald, LLC.
P.O. Box 355
Allison Park, PA 15101
Telephone number: 724–443–4757

DATE/TIME/LOCATION OF MEETING OF CREDITORS
October 28, 2019
01:00 PM
Liberty Center, 7th Floor, Room 740, 1001 Liberty Avenue, Pittsburgh, PA 15222

**FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN AN ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED.**

Dated: 8/28/19

BY THE COURT

Jeffery A. Deller
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 18-21445-JAD
Otis Mills, Jr.                                                         Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: nsha              Page 1 of 2              Date Rcvd: Aug 28, 2019
                              Form ID: rsc            Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2019.
```
db           +Otis Mills, Jr.,    2361 Haymaker Road,    Monroeville, PA 15146-4325
cr           +County of Allegheny,    Goehring, Rutter, and Boehm,    437 Grant Street, 14th Floor,
               Frick Building,    Pittsburgh, PA 15219,    UNITED STATES OF AMERICA 15219-6101
cr           +Penn Hills School District and Municipality of Pen,    Tax Division,
               c/o Maiello, Brungo & Maiello, LLP,    Foxpointe II,    100 Purity Rd, Ste. 3,
               Pittsburgh, PA 15235-4441
cr           +Penn Pioneer Enterprises, LLC,    c/o Paladin Law Offices, PC,    15 Duff Road #6C,
               Pittsburgh, PA 15235-3227
cr           +Woodland Hills School District,    Goehring, Rutter, and Boehm,    437 Grant Street, 14th Floor,
               Frick Building,    Pittsburgh, PA 15219,    UNITED STATES 15219-6101
14829125     +Borough of Turtle Creek,    125 Monroeville Avenue,    Turtle Creek, PA 15145-1862
14925249     +County of Allegheny,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
               437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14829126      County of Allegheny,    c/o Goehring, Rutter & Boehm,    14th Floor, Frick Building,
               Pittsburgh, PA 15219
14829127      Duquesne Light Company,    c/o Keri P. Ebeck, Esquire,    Bernstein-Burkley, P.C.,
               Pittsburgh, PA 15219-1900
14829128     +Gateway SD,    9000 Gateway Camopus Blvd.,    Monroeville, PA 15146-3377
14860210      Home Depot,    P.O. Box 78075,    Phoenix, AZ 85062-8075
14829129     +Monroeville Municipal Authority,    219 Speelman Lane,    Monroeville, PA 15146-3903
14829130     +Municpality of Monroeville,    2700 Monroeville Blvd.,    Monroeville, PA 15146-2359
14828039     +Penn Hills Municipality,    c/o Maiello Brungo & Maiello, LLP,    100 Purity Road, Suite 3,
               Pittsburgh, PA 15235-4441
14829131     +Penn Hills SD/ Mun. of Penn Hills,    c/o Maiello, Brungo & Maiello, LLP,
               100 Purity Road, Suite 3,    Pittsburgh, PA 15235-4441
14828038     +Penn Hills School District,    c/o Maiello Brungo & Maiello, LLP,    100 Purity Road, Suite 3,
               Pittsburgh, PA 15235-4441
14810705     +Penn Pioneer Enterprises, LLC,    422 Cavitt Avenue,    Trafford, PA 15085-1063
14829132     +Peoples Natural Gas Company, LLC,    c/o S. James Wallace, Esquire,    845 N. Lincoln Avenue,
               Pittsburgh, PA 15233-1828
14860212     +Sears/CBNA,    P.O. Box 6283,    Sioux Falls, SD 57117-6283
14869474      The Bank of New York Mellon, Et. Al.,    OCWEN LOAN SERVICING, LLC,
               Attn: Bankruptcy Department,    P.O. BOX 24605,    WEST PALM BEACH FL 33416-4605
14963371     +Turtle Creek Council of Governments,    C/O Borough of Turtle Creek,    125 Monroeville Avenue,
               Turtle Creek, PA 15145-1862
14810706     +Wells Fargo Bank, N.A.,    Customer Service Correspondence,    PO Box 10335,    MAC: X2302-017,
               Des Moines, IA 50306-0335
14829872      Wells Fargo Bank, N.A.,    Default Document Processing,    MAC# N9286-01Y,
               1000 Blue Gentian Road,    Eagan MN 55121-7700
14925250     +Woodland Hills School District,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
               437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14829133      Woodland Hills School District,    c/o Goehring, Rutter & Boehm,    14th Floor, Frick Building,
               Pittsburgh, PA 15219
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 29 2019 02:56:49      Pennsylvania Dept. of Revenue,
               Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
               Harrisburg, PA  17128-0946
cr           +E-mail/Text: kburkley@bernsteinlaw.com Aug 29 2019 02:57:50      Duquesne Light Company,
               c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
               Pittsburgh, PA 15219-1945
15100317     +E-mail/Text: bankruptcydpt@mcmcg.com Aug 29 2019 02:56:54      Midland Funding LLC,
               PO Box 2011,    Warren, MI 48090-2011
14810704      Fax: 407-737-5634 Aug 29 2019 03:16:01      Ocwen Loan Servicing, LLC,    1661 Worthington Road,
               West Palm Beach, FL 33409-6493
14852417      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 29 2019 02:54:18
               Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14811426     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 29 2019 03:06:19
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14860211      E-mail/PDF: gecsedi@recoverycorp.com Aug 29 2019 02:55:06      Sams Club Credit Card,
               P.O. Box 965004,    Orlando, FL 32896-5004
14861469      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 29 2019 03:05:46      Verizon,
               by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                               TOTAL: 8
```

           ***** BYPASSED RECIPIENTS   (undeliverable, * duplicate) *****
```
cr            THE BANK OF NEW YORK MELLON ET. AL.
cr            WELLS FARGO BANK, N.A.
```

```
District/off: 0315-2          User: nsha                Page 2 of 2                  Date Rcvd: Aug 28, 2019
                              Form ID: rsc              Total Noticed: 33

cr*          +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                 TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2019 at the address(es) listed below:

```
          Jeffrey R. Hunt    on behalf of Creditor    Woodland Hills School District jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District and Municipality of Penn
           Hills jlc@mbm-law.net
          Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Lawrence G. Paladin, Jr.    on behalf of Creditor    Penn Pioneer Enterprises, LLC
           lpaladin@PaladinLawOffices.com
          Michael S. Geisler    on behalf of Debtor Otis  Mills, Jr. m.s.geisler@att.net,
           msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Rosemary C. Crawford    on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com,
           PA68@ecfcbis.com
          Rosemary C. Crawford    crawfordmcdonald@aol.com,    PA68@ecfcbis.com
          Thomas  Song    on behalf of Creditor    THE BANK OF NEW YORK MELLON ET. AL. pawb@fedphe.com
          Thomas  Song    on behalf of Creditor    WELLS FARGO BANK, N.A. pawb@fedphe.com
                                                                                              TOTAL: 11
```